UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW F. DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 17-3639 ODW(JC)<br><br>~~(PROPOSED)~~ ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including the March 14, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Report and Recommendation.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2    Report and Recommendation, and the Judgment on counsel for the parties.

3    LET JUDGMENT BE ENTERED ACCORDINGLY.

4

5

6

7    DATED: March 30, 2018

8    _____

9    HONORABLE OTIS D. WRIGHT, II
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28